UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW LEE KNIGHT | CIVIL ACTION |
| v. | NO. 17-12456 |
| KIRBY OFFSHORE MARINE, LLC ET AL. | SECTION "H"(1) |

JUDGMENT

Considering the evidence admitted at trial, the arguments of counsel and the Court's findings of fact and conclusions of law (Doc. 39);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff Andrew Lee Knight is entitled to judgment against Defendant Kirby Offshore Marine Pacific, LLC on his Jones Act negligence claim in the amount of $171,809 plus applicable prejudgment and postjudgment interest.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** Defendant Kirby Offshore Marine Pacific, LLC is entitled judgment in its favor on Plaintiff's general maritime law unseaworthiness claim.

Signed in New Orleans, Louisiana, this 10th day of May, 2019.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE