UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREW LEE KNIGHT — CIVIL ACTION

v. — NO. 17-12456

KIRBY OFFSHORE MARINE, LLC ET AL. — SECTION "H"(1)

AMENDED JUDGMENT

Considering the briefing submitted by counsel and for reasons issued April 28, 2021 (Doc. 67);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Court's Findings of Fact and Conclusions of Law (Doc. 39) is **AMENDED** to apportion fault 80% to Defendant and 20% to Plaintiff. Any reference to Plaintiff's negligence in placement of the stern line is **STRICKEN**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court's judgment (Doc. 40) is amended to award judgment in favor of Plaintiff and against Defendant on his Jones Act negligence claim in the amount of $274,894.40 plus applicable pre-judgment and post-judgment interest.

Signed in New Orleans, Louisiana, this 28th day of April 2021.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE